**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF VERMONT**
**Division Code 5 DIVISION**

In re: Woolaver, Edward Mark D.          §          Case No. 14-10598
                                         §
                                         §
                                         §
          Debtor(s)

---

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Raymond J. Obuchowski, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $86,321.98 | Assets Exempt: $92,236.98 |
| *(without deducting any secured claims)* | |
| Total Distributions to Claimants: $6,667.12 | Claims Discharged Without Payment: $2,133.00 |
| Total Expenses of Administration: $3,706.47 | |

3) Total gross receipts of $33,538.53 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $23,164.94 (see **Exhibit 2**), yielded net receipts of $10,373.59 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $254,236.86 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $3,706.47 | $3,706.47 | $3,706.47 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $211.09 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $8,206.00 | $6,650.82 | $6,667.12 | $6,667.12 |
| **TOTAL DISBURSEMENTS** | $262,653.95 | $10,357.29 | $10,373.59 | $10,373.59 |

4) This case was originally filed under chapter 7 on 11/06/2014, and it was converted to chapter 7 on 01/05/2016.  The case was pending for 38 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:     03/12/2019                              By: /s/ Raymond J. Obuchowski
                                                              Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| REAL PROPERTY - 167 McCullough Hill Road, Middlesex, VT - Foreclosure recovery | 1110-000 | $33,538.53 |
| **TOTAL GROSS RECEIPTS** | | **$33,538.53** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Edward Mark Woolaver | Per Order Approving Compromise and Settlement | 8100-002 | $10,000.00 |
| Woolaver, Edward Mark D. | Distribution payment - Dividend paid at 100.00% of $13,164.94; Claim # SURPLUS; Filed: $0.00 | 8200-002 | $13,164.94 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$23,164.94** |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Vermont Federal Credit Union | 4110-000 | $244,046.86 | $0.00 | $0.00 | $0.00 |
| 1 | Vermont Federal Credit Union | 4110-000 | NA | $0.00 | $0.00 | $0.00 |
| N/F | Vermont State Employ CU | 4210-000 | $8,855.00 | NA | NA | NA |
| N/F | Vermont State Employee CU | 4210-000 | $1,335.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$254,236.86** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Raymond J. Obuchowski | 2100-000 | NA | $1,787.36 | $1,787.36 | $1,787.36 |
| Trustee, Expenses - Raymond J. Obuchowski | 2200-000 | NA | $114.93 | $114.93 | $114.93 |
| Charges, U.S. Bankruptcy Court | 2700-000 | NA | $260.00 | $260.00 | $260.00 |
| Bond Payments - BOND | 2300-000 | NA | $19.17 | $19.17 | $19.17 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $1,075.01 | $1,075.01 | $1,075.01 |
| Accountant for Trustee Fees (Other Firm) - JOHN C.P.A. PC W. DURKEE | 3410-000 | NA | $450.00 | $450.00 | $450.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$3,706.47** | **$3,706.47** | **$3,706.47** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/F | Vermont Dept of Taxes | 5800-000 | $211.09 | NA | NA | NA |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$211.09** | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2-2 | Vermont Federal Credit Union | 7100-000 | $4,573.00 | $2,286.78 | $2,286.78 | $2,286.78 |
| 2-2I | Vermont Federal Credit Union | 7990-000 | NA | NA | $10.45 | $10.45 |
| 3 | American InfoSource LP as agent for Verizon | 7100-000 | NA | $588.73 | $588.73 | $588.73 |
| 3I | American InfoSource LP as agent for Verizon | 7990-000 | NA | NA | $2.69 | $2.69 |
| 4-2 | Vermont State Employee Credit Union | 7100-000 | $500.00 | $250.00 | $250.00 | $250.00 |
| 4-2I | Vermont State Employee Credit Union | 7990-000 | NA | NA | $1.14 | $1.14 |
| 5 | Vermont State Employee Credit Union | 7100-000 | $1,000.00 | $441.71 | $441.71 | $441.71 |
| 5I | Vermont State Employee Credit Union | 7990-000 | NA | NA | $2.02 | $2.02 |
| 6 | Kim Baker | 7100-000 | NA | $3,083.60 | $3,083.60 | $3,083.60 |
| N/F | Dish Network | 7100-000 | $200.00 | NA | NA | NA |
| N/F | IC system Inc. | 7100-000 | $642.00 | NA | NA | NA |
| N/F | Verizon Wireless | 7100-000 | $642.00 | NA | NA | NA |
| N/F | Vermont State Employee CU | 7100-000 | $649.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$8,206.00** | **$6,650.82** | **$6,667.12** | **$6,667.12** |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 1

**Case No.:** 14-10598

**Case Name:** Woolaver, Edward Mark D.

**For Period Ending:** 03/12/2019

**Trustee Name:** (650020) Raymond J. Obuchowski

**Date Filed (f) or Converted (c):** 01/05/2016 (c)

**§ 341(a) Meeting Date:** 12/03/2014

**Claims Bar Date:** 02/10/2017

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1* | REAL PROPERTY - 167 McCullough Hill Road, Middlesex, VT - Foreclosure recovery (See Footnote) | 33,113.53 | 0.00 | | 33,538.53 | FA |
| 2 | CASH ON HAND | 180.00 | 0.00 | | 0.00 | FA |
| 3 | BANK ACCOUNTS VSECU Checking 9814 | 20.00 | 0.00 | | 0.00 | FA |
| 4 | BANK ACCOUNTS VSECU Checking 5982 | 0.00 | 0.00 | | 0.00 | FA |
| 5 | BANK ACCOUNTS VSECU Savings | 10.00 | 0.00 | | 0.00 | FA |
| 6 | HOUSEHOLD GOODS AND FURNISHING | 1,075.00 | 0.00 | | 0.00 | FA |
| 7 | BOOKS AND ART OBJECTS | 50.00 | 0.00 | | 0.00 | FA |
| 8 | WEARING APPAREL | 500.00 | 0.00 | | 0.00 | FA |
| 9 | FIREARMS AND HOBBY EQUIPMENT | 300.00 | 0.00 | | 0.00 | FA |
| 10 | INTERESTS IN INSURANCE POLICIES | Unknown | 0.00 | | 0.00 | FA |
| 11 | Retirement Policy through State of Vermont | 67,786.00 | 0.00 | | 0.00 | FA |
| 12 | State of Vermont Deferred Comp Plan | 9,435.98 | 0.00 | | 0.00 | FA |
| 13 | 2004 Ford F250 | 4,075.00 | 0.00 | | 0.00 | FA |
| 14 | 2009 Suzuki SX-4 | 2,750.00 | 0.00 | | 0.00 | FA |
| 15 | 1 Pet | 0.00 | 0.00 | | 0.00 | FA |
| 16 | BANK ACCOUNTS with TD Bank | 140.00 | 0.00 | | 0.00 | FA |
| **16** | **Assets Totals (Excluding unknown values)** | **$119,435.51** | **$0.00** | | **$33,538.53** | **$0.00** |

RE PROP# 1  Claim of Exemption paid to Debtor per Court Order for $10,000.00

**Major Activities Affecting Case Closing:**

Upon foreclosure sale of real property - excess proceeds to be sent to estate.  Case reopened and notice of asset case filed - reviewing documentations as forwarded by Debtor's Counsel'; TFR filed 11/7/18; distribution completed awaiting zero balance then TDR to be filed

**Initial Projected Date Of Final Report (TFR):** 01/01/2017      **Current Projected Date Of Final Report (TFR):** 11/07/2018 (Actual)

Exhibit 9
Page: 1

## Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 14-10598 |
| **Case Name:** | Woolaver, Edward Mark D. |
| **Taxpayer ID #:** | **-***4300 |
| **For Period Ending:** | 03/12/2019 |

| | |
|---|---|
| **Trustee Name:** | Raymond J. Obuchowski (650020) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******7100 Checking |
| **Blanket Bond (per case limit):** | $23,000,066.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/19/16 | {1} | Bruce Bjornlund, Esq | Proceeds from Sale of Real Property | 1110-000 | 33,538.53 | | 33,538.53 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 33,528.53 |
| 03/29/16 | 101 | Edward Mark Woolaver | Per Order Approving Compromise and Settlement | 8100-002 | | 10,000.00 | 23,528.53 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 52.90 | 23,475.63 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 34.94 | 23,440.69 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 32.50 | 23,408.19 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 36.93 | 23,371.26 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 32.40 | 23,338.86 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 36.82 | 23,302.04 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 33.42 | 23,268.62 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 32.26 | 23,236.36 |
| 11/29/16 | 102 | Obuchowski Law Office | Reimbursement for 2017 Blanket Bond | 2300-000 | | 19.17 | 23,217.19 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 35.55 | 23,181.64 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 33.26 | 23,148.38 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 35.50 | 23,112.88 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 31.02 | 23,081.86 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 34.30 | 23,047.56 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 30.94 | 23,016.62 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 36.41 | 22,980.21 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 33.05 | 22,947.16 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 31.90 | 22,915.26 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 36.25 | 22,879.01 |

| | | | **Page Subtotals:** | | **$33,538.53** | **$10,659.52** | |

{} Asset Reference(s)      UST Form 101-7-TDR ( 10 /1/2010)      ! - transaction has not been cleared

**Form 2**

Exhibit 9
Page: 2

## Cash Receipts And Disbursements Record

| Case No.: | 14-10598 | Trustee Name: | Raymond J. Obuchowski (650020) |
|---|---|---|---|
| Case Name: | Woolaver, Edward Mark D. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***4300 | Account #: | ******7100 Checking |
| For Period Ending: | 03/12/2019 | Blanket Bond (per case limit): | $23,000,066.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 31.81 | 22,847.20 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 35.05 | 22,812.15 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 32.81 | 22,779.34 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 31.67 | 22,747.67 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 35.98 | 22,711.69 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 30.48 | 22,681.21 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 32.62 | 22,648.59 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 31.48 | 22,617.11 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 35.78 | 22,581.33 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 31.39 | 22,549.94 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 34.59 | 22,515.35 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 33.46 | 22,481.89 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 17.24 | 22,464.65 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 20.30 | 22,444.35 |
| 01/22/19 | 103 | Raymond J. Obuchowski | Distribution payment - Dividend paid at 100.00% of $1,787.36; Claim # FEE; Filed: $1,787.36 | 2100-000 | | 1,787.36 | 20,656.99 |
| 01/22/19 | 104 | Raymond J. Obuchowski | Distribution payment - Dividend paid at 100.00% of $114.93; Claim # TE; Filed: $114.93 | 2200-000 | | 114.93 | 20,542.06 |
| 01/22/19 | 105 | CLERK, US BANKRUPTCY CT | Distribution payment - Dividend paid at 100.00% of $260.00; Claim # ; Filed: $260.00 | 2700-000 | | 260.00 | 20,282.06 |
| 01/22/19 | 106 | JOHN C.P.A. PC W. DURKEE | Distribution payment - Dividend paid at 100.00% of $450.00; Claim # ; Filed: $450.00 | 3410-000 | | 450.00 | 19,832.06 |
| 01/22/19 | 107 | Vermont Federal Credit Union | Distribution payment - Dividend paid at 100.00% of $2,286.78; Claim # 2-2; Filed: $2,286.78 | 7100-000 | | 2,286.78 | 17,545.28 |
| 01/22/19 | 108 | Vermont Federal Credit Union | Distribution payment - Dividend paid at 100.00% of $10.45; Claim # 2-2I; Filed: $10.45 | 7990-000 | | 10.45 | 17,534.83 |
| | | | **Page Subtotals:** | | **$0.00** | **$5,344.18** | |

Exhibit 9
Page: 3

## Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 14-10598 | Trustee Name: | Raymond J. Obuchowski (650020) |
|---|---|---|---|
| Case Name: | Woolaver, Edward Mark D. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***4300 | Account #: | ******7100 Checking |
| For Period Ending: | 03/12/2019 | Blanket Bond (per case limit): | $23,000,066.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/22/19 | 109 | American InfoSource LP as agent for Verizon | Distribution payment - Dividend paid at 100.00% of $588.73; Claim # 3; Filed: $588.73 | 7100-000 | | 588.73 | 16,946.10 |
| 01/22/19 | 110 | American InfoSource LP as agent for Verizon | Distribution payment - Dividend paid at 100.00% of $2.69; Claim # 3I; Filed: $2.69 | 7990-000 | | 2.69 | 16,943.41 |
| 01/22/19 | 111 | Vermont State Employee Credit Union | Distribution payment - Dividend paid at 100.00% of $250.00; Claim # 4-2; Filed: $250.00 | 7100-000 | | 250.00 | 16,693.41 |
| 01/22/19 | 112 | Vermont State Employee Credit Union | Distribution payment - Dividend paid at 100.00% of $1.14; Claim # 4-2I; Filed: $1.14 | 7990-000 | | 1.14 | 16,692.27 |
| 01/22/19 | 113 | Vermont State Employee Credit Union | Distribution payment - Dividend paid at 100.00% of $441.71; Claim # 5; Filed: $441.71 | 7100-000 | | 441.71 | 16,250.56 |
| 01/22/19 | 114 | Vermont State Employee Credit Union | Distribution payment - Dividend paid at 100.00% of $2.02; Claim # 5I; Filed: $2.02 | 7990-000 | | 2.02 | 16,248.54 |
| 01/22/19 | 115 | Kim Baker | Distribution payment - Dividend paid at 100.00% of $3,083.60; Claim # 6; Filed: $3,083.60 | 7100-000 | | 3,083.60 | 13,164.94 |
| 01/22/19 | 116 | Woolaver, Edward Mark D. | Distribution payment - Dividend paid at 100.00% of $13,164.94; Claim # SURPLUS; Filed: $0.00 | 8200-002 | | 13,164.94 | 0.00 |

| | | | | |
|---|---|---|---|---|
| | COLUMN TOTALS | | 33,538.53 | 33,538.53 | $0.00 |
| | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | Subtotal | | 33,538.53 | 33,538.53 | |
| | Less: Payments to Debtors | | | 23,164.94 | |
| | NET Receipts / Disbursements | | $33,538.53 | $10,373.59 | |

Exhibit 9
Page:   4

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 14-10598 | Trustee Name: | Raymond J. Obuchowski (650020) |
|---|---|---|---|
| Case Name: | Woolaver, Edward Mark D. | Bank Name: | United Bank |
| Taxpayer ID #: | **-***4300 | Account #: | ********1537 Checking Account |
| For Period Ending: | 03/12/2019 | Blanket Bond (per case limit): | $23,000,066.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
|  |  |  |  |  |  |  |  |

**(No transactions on file for this period)**

|  |  | | |
|---|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | $0.00 |
| Less: Bank Transfers/CDs | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $0.00 | |

Exhibit 9
Page:   5

## Form 2

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 14-10598 | **Trustee Name:** | Raymond J. Obuchowski (650020) |
| **Case Name:** | Woolaver, Edward Mark D. | **Bank Name:** | United Bank |
| **Taxpayer ID #:** | **-***4300 | **Account #:** | ********1537 Checking Account |
| **For Period Ending:** | 03/12/2019 | **Blanket Bond (per case limit):** | $23,000,066.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******7100 Checking | $33,538.53 | $10,373.59 | $0.00 |
| ********1537 Checking Account | $0.00 | $0.00 | $0.00 |
| | $33,538.53 | $10,373.59 | $0.00 |

**UST Form 101-7-TDR (10 /1/2010)**